BOYD ET AL. *v.* CLARK, ATTORNEY
GENERAL, ET AL.

No. 490.  Decided January 13, 1969.

*Victor Rabinowitz* and *Leonard B. Boudin* for appellants.

*Solicitor General Griswold* for appellees.

PER CURIAM.

The judgment is affirmed, *Clark* v. *Gabriel, ante,* p. 256, without reaching the jurisdictional question raised under 28 U. S. C. § 1331.

MARKHAM ADVERTISING CO., INC., ET AL. *v.*
WASHINGTON ET AL.

No. 648.  Decided January 13, 1969.

*Alfred J. Schweppe* and *Thomas R. Beierle* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.